**LAW OFFICES OF NOLAN KLEIN, P.A.**                    ATTORNEYS & COUNSELORS

**112 W. 34TH STREET, SUITE 1800**
**NEW YORK, NY 10120**
**PH: (646) 560-3230**

**633 S. ANDREWS AVE., SUITE 500**
**FORT LAUDERDALE, FL 33301**
**PH: (954) 745-0588**

www.nklegal.com



Nolan Klein, Esq.
klein@nklegal.com

March 24, 2022

**VIA CM/ECF and EMAIL: Failla_NYSDChambers@nysd.uscourts.gov**
Honorable Judge Katherine Polk Failla
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

> Re: *Juscinska v. 146 West Fourth Street Apartment Corp.*
> SDNY Case No.: 1:22-cv-00315-KPF

Dear Judge Failla:

This office represents the Plaintiff, Natalia Juscinska, in the above-captioned case. An initial pre-trial conference is scheduled for April 15, 2022 at 10:00 a.m.

Counsel for Plaintiff will be on vacation from April 13, 2022 through April 22, 2022, and therefore will not be available for the conference on this date and time. As such, Plaintiff respectfully requests that this Court adjourn the conference to an alternate date and time. This is our first request for an adjournment of this conference, and the request will not prejudice any parties or affect any other scheduled dates. Counsel for Defendant consents to the relief requested herein.

We thank the Court for your time and consideration in this matter.

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**

By: ___*/s/ Nolan Klein*___
  NOLAN KLEIN (NK4223)

NKK/amd
cc: Jesse P. Schwartz, Esq. (via ECF)

Application GRANTED. The initial pretrial conference currently scheduled for April 15, 2022, is hereby ADJOURNED to **April 26, 2022, at 10:00 a.m.** As before, the conference will proceed telephonically. At the appointed time, the parties shall call (888) 363-4749 and enter access code 5123533. Please note the conference will not be available prior to 10:00 a.m.

The Clerk of Court is directed to terminate the pending motion at docket entry 9.

Dated:     March 25, 2022         SO ORDERED.
           New York, New York

                                  *Katherine Polk Failla*

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE